UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHARLIE DAVID JACKSON,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL HALEY, et al.,<br><br>Defendants. | Case No. 3:14-cv-00228-MMD-VPC<br><br>ORDER |

This matter is referred to the Court for the limited purpose of determining whether *in forma pauperis* status should continue on appeal. This Court certifies that any *in forma pauperis* appeal from its order denying preliminary injunction would be taken "in good faith" pursuant to 28 U.S.C. § 1915(a)(3). Plaintiff's *in forma pauperis* status should continue on appeal.

DATED THIS 2nd day of July 2014.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE