UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| CHARLIE DAVID JACKSON, | ) | 3:14-CV-0228-MMD (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | September 25, 2014 |
| | ) | |
| MIKE HALEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT: THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: LISA MANN       REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is plaintiff's motion for administrative relief requesting copies of documents (#28). Plaintiff's motion is **GRANTED in part** and **DENIED in part** as follows:

1. The Clerk shall **SEND** plaintiff a copy of the docket sheet;
2. Plaintiff's amended complaint (#21) has been **STRICKEN;** therefore, the request for a copy is **DENIED;**
3. The Clerk shall **SEND** plaintiff the original motion for preliminary injunction since the court will maintain an electronic copy;
4. Plaintiff may request to review a copy of the court's Local Rules from the appropriate authorities according to the policies and procedures at the Washoe County Jail; therefore, this request is **DENIED.**

Plaintiff is advised that it is not the court's obligation to provide litigants, even indigent ones, with copy services. If plaintiff is unable to afford copies, he shall recreate his own handwritten copy in the future. Any further requests for copies at the court's expense will be summarily DENIED. If plaintiff requires further copies from the file, he will be required to submit a copy request form to the clerk of the court stating the specific documents he would like copied together with the appropriate fee.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By: /s/
Deputy Clerk